# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Michael B. | U.S. Bankruptcy Court | 08/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

241 Clarkson S Fisher Building
402 East State Street
Trenton, NJ 08608-1507

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Rutgers University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Open ended | Thomson Reuters Publishing Agreement, 5% royalty on sales of Consumer Bankruptcy Manual |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Rutgers-salary | $12,744.00 |
| 2. 2012 | _____, Norwood, NJ Rental Income | $27,600.00 |
| 3. 2012 | West Services Royalty | $4,708.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Oveh Shalom of Bucks County-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Inst | 09/28/2012 | Dallas, TX | Educational | hotel, meals, travel |
| 2. | NCBJ Annual Conference | 10/24/12 to 10/29/12 | San Diego, CA | Educational | hotel |
| 3. | American Conference Inst | 7/30/2012 | Chicago, IL | Educational | hotel, meals, travel |
| 4. | NACTT Annual Conference | 7/11/2012 to 7/13/2012 | New Orleans, LA | Educational | hotel, meals, travel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | University of Pennsylvania | Tuition | P3 |
| 2. | Bank of America | Mortgage on rental property | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 1 | D | Int./Div. | N | T | | | | | |
| 2. -Pershing Government Account money market | | | | | Buy (add'l) | 03/28/12 | K | | |
| 3. -Pershing Government Account money market | | | | | Redeemed (part) | 05/08/12 | K | A | |
| 4. -Pershing Government Account money market | | | | | Buy | 09/06/12 | L | | |
| 5. -Pfizer Inc common | | | | | | | | | |
| 6. -Citigroup Inc common | | | | | | | | | |
| 7. -Frontier Communications Corp | | | | | | | | | |
| 8. -Verizon Communications Com | | | | | | | | | |
| 9. -Blackstone Natural Resources Trust Fund CL C mutual fund | | | | | Redeemed | 09/06/12 | K | A | |
| 10. -Sunamerica Senior Floating Rate Fund CL C mutual fund | | | | | | | | | |
| 11. -Franklin High Income Fund CL C mutual fund | | | | | | | | | |
| 12. -Franklin Income Fund CL C mutual fund | | | | | | | | | |
| 13. -Templeton Global Balanced Fund Class C mutual fund | | | | | | | | | |
| 14. -Wells Fargo Advantage Health Care Fund CL C mutual fund | | | | | Redeemed (part) | 03/28/12 | K | A | |
| 15. -Icon Energy Fund Class c mutual fund | | | | | Redeemed | 09/06/12 | J | A | |
| 16. -Rydex Banking Fund CL C mutual fund | | | | | Redeemed | 09/06/12 | K | C | |
| 17. -Mainstay Epoch Global Equity Yield Fund Cl c | | | | | Buy | 05/08/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Metlife Fixed Annuity ▮▮ (Y) | | | | | | | | | |
| 19.  IRA # 2 | B | Int./Div. | L | T | | | | | |
| 20.  -Pershing Government Account money market | | | | | | | | | |
| 21.  -Frontier Communications Corp | | | | | | | | | |
| 22.  -Verizon Communications Com | | | | | | | | | |
| 23.  -Franklin Income fund CL C mutual fund | | | | | | | | | |
| 24.  -Franklin High Income fund CL C | | | | | | | | | |
| 25.  -Franklin Dynatech CL C mutual fund | | | | | | | | | |
| 26.  -Icon Energy Fund Cl C mutual fund | | | | | | | | | |
| 27.  -Mainstay Epoch Gloal equity Yield Fund Class c | | | | | Buy | 05/08/12 | J | | |
| 28.  IRA #3 | A | Int./Div. | J | T | | | | | |
| 29.  -Pereshing Government money market | | | | | | | | | |
| 30.  -Frotier Communications Corp common | | | | | | | | | |
| 31.  -Verizon Communications Com | | | | | | | | | |
| 32.  IRA #4 | A | Int./Div. | J | T | | | | | |
| 33.  -Pershing Prime Reserves Money Market | | | | | Redeemed (part) | 05/07/12 | J | A | |
| 34.  -Mainstay High Yield Opportunities Fund Class c | | | | | Buy | 05/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Mainstay Epoch Global Equity Fund Class c | | | | | Buy | 05/07/12 | J | | |
| 36. Federated Capital Reserves Money Market | A | Dividend | J | T | Redeemed (part) | 11/30/12 | K | A | |
| 37. NJ Economic Dev Auth St Pension 2/15/14 Zero Coupon Bond | B | Interest | | | Sold | 11/29/12 | K | A | |
| 38. NJ Economic Dev Auth St Pension 2/15/21 Zero Coupon Bond | A | Interest | J | T | | | | | |
| 39. Citigroup Inc common | A | Dividend | J | T | | | | | |
| 40. Flaherty & Crumrine Claymore Pfd Sec mutual fund | A | Dividend | | | Redeemed | 03/02/12 | J | A | |
| 41. Blackrock Real Asset Equity Tr Com mutual fund | A | Dividend | | | Redeemed | 03/02/12 | J | A | |
| 42. Pioneer Floating Rate Tr Com mutual fund | B | Dividend | | | Redeemed | 03/02/12 | J | A | |
| 43. Western Asset Managed High Income Fd mutual fund | B | Dividend | | | Redeemed | 03/02/12 | K | A | |
| 44. Best of America IV Variable Rate Annuity | B | Int./Div. | K | T | | | | | |
| 45. -NVIT Mult-MGR Intl GR 3 mutual fund | | | | | | | | | |
| 46. -NVIT Mult-MGR Midcap GR 1 mutual fund | | | | | | | | | |
| 47. -VK NIT Realestate 1 mutual fund | | | | | | | | | |
| 48. -NW NVIT money market 1 | | | | | | | | | |
| 49. TD Bank USA Money market checking | A | Dividend | | | Redeemed | 09/01/12 | L | A | |
| 50. ING Classic money market | A | Dividend | | | Redeemed | 01/24/12 | J | A | |
| 51. Citigroup Inc common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TIAA CREF money market | A | Int./Div. | J | T | | | | | |
| 53. Rental Property #1, Norwood, NJ Rental Property | E | Rent | N | W | | | | | |
| 54. Lincoln Financial Group annuity | A | Interest | | | Distributed | 09/12/12 | K | D | |
| 55. Mass Mutual Whole Life Insurance Policy (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kaplan, Michael B. | 08/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/01/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael B. Kaplan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544